UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERESA L. HOLMES,

          Plaintiff,

    v.

PATHWAYS SOCIETY, et al.,

          Defendants.

Case No. 26-cv-02404-AMO

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Re: Dkt. No. 7

The court has reviewed Magistrate Judge Joseph C. Spero's Report and Recommendation Re: Dismissal for Failure to Pay the Filing Fee. Dkt. No. 7. The Report and Recommendation was mailed to Plaintiff Teresa L. Holmes, who proceeds in this action without the assistance of an attorney, on May 4, 2026. *Id.* Plaintiff did not file objections to the Report and Recommendation, and the time for doing so has passed. *See* Fed. R. Civ. P. 72(b)(2) ("Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations."). The Court finds the Report correct, well-reasoned and thorough, and **ADOPTS** it in every respect. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE** because Plaintiff has not established that she is indigent and has not paid the filing fee.

    **IT IS SO ORDERED.**

Dated: June 16, 2026

_____

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**