UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERESA L. HOLMES,

Plaintiff,

v.

PATHWAYS SOCIETY, et al.,

Defendants.

Case No. 26-cv-02404-AMO

**JUDGMENT**

On June 16, 2026, the Court dismissed this action without prejudice.  Dkt. No. 13. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Defendants and against Plaintiff.  The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: June 16, 2026

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

United States District Court
Northern District of California